JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>TINALUX ASSOCIATES, LP, a California limited partnership; SUBWAY #7953, a business of unknown form; and Does 1-10,<br><br>  Defendants. | Case No.  2:20-cv-11030-JLS-RAO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

**ORDER**

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the Joint Stipulation for Dismissal with Prejudice of All Defendants (Doc. 52) before it, ORDERS as follows:

Plaintiff Phillip Walker's action against Defendants Tinalux Associates, LP & Lacren, LLC (erroneously named as Subway No. 7953) is DISMISSED WITH PREJUDICE. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 11, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE